237 So.2d 861

**Ex parte James C. TISDALE.**

**In re CAROLINA CASUALTY INSURANCE COMPANY, a Corporation and Stokley "Tip" Chambers, Individually and d/b/a Stokley Chambers & Co. Insurance Adjusters**

v.

**James C. TISDALE.**

**4 Div. 399.**

Supreme Court of Alabama.

July 10, 1970.

Tipler, Fuller & Melton, Andalusia, for petitioners.

Albrittons & Rankin, Andalusia, for respondent.

MADDOX, Justice.

Petition of James C. Tisdale for certiorari to the Court of Civil Appeals to review and revise the judgment and decision in Carolina Casualty Insurance Company, a Corporation and Stokley "Tip" Chambers, Individually and d/b/a Stokley Chambers & Co., Insurance Adjusters v. James C. Tisdale, 46 Ala.App. 50, 237 So.2d 855 (4 Div. 5).

Writ denied.

All the Justices concur.